# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00618-GCM

| | |
|---|---|
| **PARKDALE MILLS, INC.,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **HAMPSHIRE GROUP, LTD., HAMPSHIRE BRANDS, INC., HAMPSHIRE INTERNATIONAL, LLC, RIO GARMENT S. DE R.L.,** | |
| **Defendants.** | |

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff filed this action on August 12, 2016. On January 20, 2017, Plaintiff filed a Notice of Automatic Stay due to Defendants' pending bankruptcy petitions. Plaintiff last reconfirmed that Defendants were in bankruptcy proceedings on October 25, 2019. There has been no activity since that date.

Plaintiff is therefore **ORDERED** to file a status report within thirty (30) days of the entry of this order.

**SO ORDERED**.

Signed: April 19, 2021

Graham C. Mullen
United States District Judge